## FRANÇOIS DESNOYERS (ALIAS FIFI)
v.
## GABRIEL GODFROY

1811

### JOURNAL ENTRIES

1. Declaration filed; plea; issue; continuance . . *Journal, infra,* \*p. 357

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . .
4. Declaration (incomplete) . . . . . . . . . . .